(Official Form 1) (12/02)

Pg 939 cc  #91125

| FORM B1 | United States Bankruptcy Court<br>_Western_ District of _Texas_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Strader, James David, D.C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |

**04-54701 K**

| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>2609 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>12 Inwood Terrace<br>San Antonio, TX 78216 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Bexar | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>100 N.E. Loop 410<br>Suite 555<br>San Antonio, TX 78216 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>[X] Individual(s) [ ] Railroad<br>[ ] Corporation [ ] Stockbroker<br>[ ] Partnership [ ] Commodity Broker<br>[ ] Other _____ [ ] Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>[ ] Chapter 7 [X] Chapter 11 [ ] Chapter 13<br>[ ] Chapter 9 [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>[ ] Consumer/Non-Business [X] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[X] Debtor is a small business as defined in 11 U.S.C. § 101<br>[X] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [X] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | 2004 AUG 12 P 2:50<br>U.S. BANKRUPTCY COURT<br>CLERK<br>BY _____ DEPUTY |

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

(Official Form 1) (12/02)

FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |||
|---|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) ||||
| Location Where Filed: || Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
| Name of Debtor: || Case Number: | Date Filed: |
| District: || Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

8-11-04
Date

X _[signature]_
Signature of Attorney for Debtor(s)
Phillip A. Yochem
Printed Name of Attorney for Debtor(s)
9330 Corporate Dr.
Firm Name
Suite 106
Address Selma, TX 78154
210-651-5811
Telephone Number
8/11/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_  8/11/04
Signature of Attorney for Debtor(s)   Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT
## Western ~~Northern~~ District of Texas

| In re | Case No.: |
|---|---|
| James D. Strader, D.C. <br> Debtor | (If known) |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidat-ed, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ACN Communications | Box 79001 Detroit, MI 48279 | Trade | | 86.18 |
| American Express | Box 650448 Dallas, TX 75265 | Credit Card | | 11,080.00 |
| Brian's Landscape | Box 448 Boerne TX 78006 | Trade | | 1,225.52 |
| Capital One | | Credit Card | | 98.79 |
| Cowboy Closets | 11759 Blanco San Antonio, TX 78248 | | | |

Date: 8-12-04

_____ Debtor

Form B4 – Continued – (11/92)

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dialamerica | 960 Macarthur Mahwah, NJ 07495 | Trade | | 59.90 |
| Expert Electronics | | Trade | | 85.75 |
| Home Depot | | Trade | | 5,800.67 |
| Holl & Company | Box 21160 Ft. Lauderdale FL 33335 | Trade | | 2,154.62 |
| Plant Interscapes | 6436 Babcock San Antonio, TX 78249 | Trade | | 549.03 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

8-12-04
_____
Date

_____
Debtor

Form B4 – Continued – (11/92)

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Quest Diagnostics | Box 13589 Philadelphia PA 19101 | Trade | | $251.00 |
| SA Gastroenterology | | Trade | | 20.00 |
| Sprint | Box 650270 Dallas, TX 75265 | Trade | | 12.19 |
| Sprint PCS | Box 219554 Kansas MO 64121 | Trade | | 768.46 |
| Terminix | 10022 IH 35 N San Antonio, TX 78233 | Trade | | 118.66 |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

8-12-04
Date

_____
Debtor

Form B4 – Continued – (11/92)

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GZE Services | | Trade | | $2,647.00 |
| Great Southern Life Insurance | Box 809010 Kansas City, MO 64180 | Trade | | $1,725.00 |
| KSLR | 9601 McAllister Suite 1200 San Antonio, TX 78218 | Trade | | $1,800.00 |
| IRS | 300 E. 8th St Stop 5022 AUS Austin, TX 78701 | Trade | | |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

8-12-04
Date

_____
Debtor

Form B4 -- Continued -- (11/92)

| In re | Case No.: |
|---|---|
| Debtor. | (If known) |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| American Education Services | Box 2461 Harrisburg, PA 17105 | Trade | | |

## Declaration Under Penalty of Perjury
## on Behalf of a Corporation or Partnership

I, (the president or other officer or an authorized agent of the corporation) (or a member or an authorized agent of the partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing (list or schedule or amendment or other document (describe) and that it is true and correct to the best of my information and belief.

8-12-04
Date

_____
Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE: James D. Strader, D.C. § CASE NO.
§ 04-54701 K
§ CHAPTER 11
Debtor. §

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verify that the attached list of creditors is true and correct to the best of his knowledge.

Date: 8-11, 2004 _____
                                      Debtor

Countrywide Home Loans
P.O. Box 6660694
Dallas, TX 75266-0694

Linda W. Strader
12 Inwood Terrace
San Antonio, TX 78248

Green Tree
Box 78021
City of Industry, CA 91716

CAN Communications
Box 79001
Detroit, MI 48279

American Express
Box 650448
Dallas, TX 75265

Brian's Landscape
Box 448
Boerne, TX 78006

Capital One


Cowboy Cleaners
11759 Blanco
San Antonio, TX 78248

Dialamerica
960 MacArthur
Mahwah, NJ  07495

Home Depot

Holl & Company
Box 21160
Ft. Lauderdale, FL 33335

Plant Interscapes
6436 Babcock
San Antonio, TX 78249

Quest Diagnostics
Box 13589
Philadelphia, PA 19101

SA Gastroentrology

Sprint
Box 650270
Dallas, TX 75265

Sprint PCS
Box 219554
Kansas, MO 64121

Terminix
10022 IH 35 N.
San Antonio, TX 78233

GZE Services

Great Southern Life Insurance
Box 809010
Kansas City, MO 64180

KSLR Radio
9601 McAllister
Suite 1200
San Antonio, TX 78218

**IRS**
**300 E. 8th St.**
**STOP 5022 AUS**
**Austin, TX 78701**

**American Education Services**
**Box 2461**
**Harrisburg, PA 17105**