United States
Bankruptcy Court
Western District of Texas
San Antonio, Division

FILED
AUG 2 4 2004
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

In re: James David Strader, D.C.     Case No. 04-54701-K

In re: James D. Strader, D.C., P.C.     Case No. 04-54704-C

In re: Burks Physicians Management, Inc.,     Case No. 04-54705-C
d/b/a Back & Joint Institutes of
Texas

## Debtors' Joint Motion For Joint Administration

To the Honorable Bankruptcy Judges:

Come now James David Strader, D.C. ("Strader"), James D. Strader, D.C., P.C. ("DCPC"), and Burks Physician Management, Inc., d/b/a Back & Joint Institutes of Texas ("Burks"), each debtors in pending Chapter 11 cases as set forth above, and jointly file this their Motion for joint administration of their cases, and in support would show the Court as follows:

Strader is the sole shareholder of, an employee of, and a creditor of DCPC. Strader is the president of, an employee of, a creditor of, and guarantor of certain debts of Burks. DCPC is a lessee of and a creditor of Burks. The primary source of income to Strader, and the sole source of income to DCPC is Burks. Strader is the sole shareholder of Practice Associates, Inc., which is the sole general partner of Jonathon Michael, Ltd., which is the sole shareholder of Burks.

The financial affairs and business affairs of each of debtors, while separate, are inter-related and the joint administration of the cases would reduce administrative costs and be in the best interests of the creditors of the respective estates.

Wherefore, debtor's request that after notice and hearing, that the respective Courts enter orders for the joint administration of the cases.

Respectively Submitted,

_____
Phillip A. Yochem
Attorney For Debtors

Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Motion was served on the U.S. Trustee, the Twenty Largest Unsecured Creditors, the general creditors and all parties in interest of each of the respective cases, as shown on the attached Matrix, by U.S. Mail, postage pre-paid, this the _____23rd_____ day of August, 2004.

_____
Phillip A. Yochem, Jr.

*Burks Matrix 8/2/04*

IRS
300 E. 8th St
STOP 5022 AUS
Austin, TX 78701

Blue Cross of Texas
Box 6600 44
Dallas, TX 75266

United Health Care
Box 740800
Atlanta, GA 30374

International Bank of Commerce
130 E. Travis
San Antonio, Texas 78205

Rose Medical Group
P.O. Box 2578
Universal City, TX 78148

Sallie Mae
P.O. Box 4700
Wilkes-Barr, PA 18773-4700

MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137

Ahern, Triem, Kirk, & Grater, LLP
3510 North St. Mary's Street
Suite 300
San Antonio, TX 78212

American Education Services
Harrisburg, PA 17130-0001

Jones & Cook Stationers
106 S. Broadway
McAllen, TX 78501-4889

ALTEX Electronics, Ltd
11342 IH North
San Antonio, TX 78233-5715

Club Regina Trust II
P.O. Box 29323
Phoenix, AZ 85038-9323

Time Warner Telecom
P.O. Box 172567
Denver, CO 80217-2567

Sampco X-Ray
% Heller Healthcare Finance
P.O. Box 972213
Dallas, TX 75397-2213

Dell Financial Services
Payment processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Vitaminerals
10518 Gulfdale
San Antonio, Texas 78216

Gilbert Lozano
715 Rittiman Rd.
San Antonio, Texas 78209

Zurich
8712 Innovation Way
Chicago, IL 60682-0087

GE Capital Leasing

JALIC
P.O. Box 1508
Minneapolis, MN 55480-1508

Lead-LOK Inc.
Biomedical Innovations
500 Airport Way
Sandpoint, ID 83664

Dahill Industries
P.O. Box 314
San Antonio, Texas 78292-0314

Global Dosimetry Solutions, Inc.
P.O. Box 19536
Irvine, CA 92623-9536

Loeffler, Jonas, Tuggy
755 E. Mulberry
Suite 200
San Antonio, TX 78212

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Ideal Medical Leasing, LLC
Gregg Moss
2940 NE 188th ST # 111
Aventura, FL 33180

Plaza Club
21st Floor
Frost bank Tower
San Antonio, TX 78205-1430

Blue Cross Blue Shield

Prepaid Legal Services, Inc.
P.O. Box 145
Ada, OK 74821

Postage By Phone
P.O. Box 856042
Louisville, Kentucky 40285

Uniforms and Services
4022 McCullough
San Antonio, TX 78212

Security Self Storage
13414 West Avenue
San Antonio, TX 78216

MXR
11815 Starcrest DR.
San Antonio, TX 78247

Alta M. Hurst


Culligan Water
1034 Austin St
San Antonio, TX 78208

Texas Board of Chiropractic Examiners


Steave Meador & Associates
318 MW 13th St
Oklahoma City, OK 73103

Secretary of State Statutory Filing Division
Corporations Section
1019 Brazos St.
Austin, TX 78701

Time Warner Cable Business Services
P.O. Box 650734
Dallas, TX 75265

Sams Club


Highlights for Children
P.O. Box 2174
Marion, Ohio 43306-8274

Doug Friesen
1309 North Shartel
Oklahoma City, OK 73103

Pitney Bowes
P.O. Box 856042
Louisville, KY 40285

Ozarka
P.O. Box 5224
Phoenix, AZ 85072

Jose Brown
6615 Highland Grass
Converse, TX 78109

Claudia Conner
149 Grand Oak
San Antonio, TX 78232

Ronald D. Fielden
P.O. Box 2004
Canyon Lake, TX 78133

Brad Fletcher
6846 Mickey Mantle Dr.
San Antonio, TX 78240

Stephanie James
1550 Thousand Oaks # 1404
San Antonio, TX 78232

Gilbert B. Lozano
715 Rittiman Road
San Antonio, TX 78209

Adrian D. Mendez
327 Pinewood Lane
San Antonio, TX 78216

Kristin R. Nichols
14816 FM 1346
St Hedwig, TX 78152

Melissa Ramirez Puente
156 W. Cheryl Dr.
San Antonio, TX 78228

Tripp Puhl
2115 Oak Creek
San Antonio, TX 78232

Jennifer Reynolds
35 Country Trail
Pleasanton, TX 78064

Sandra Robinson
3803 Barrington # 11B
San Antonio, TX 78217

Linda W. Strader
12 Inwood Terrace Dr.
San Antonio, TX 78248

America Trinidad
9032 Dugas Rd. # 1811
San Antonio, TX 78251

Irasema Trujillo
11711 Wall St. # 7101
San Antonio, TX 78230


Tracy N. Xie
10935 Wilson Oaks Dr.
San Antonio, TX 78249

Irasema Trujillo
11711 Wall St. # 7101
San Antonio, TX 78230


Tracy N. Xie
10935 Wilson Oaks Dr.
San Antonio, TX 78249


Ford Credit
Box 152271
Irving, TX 75015

**Alstar Promotions**
16 Nikita Dr.
San Antonio, TX 78248

**Cindy Burks**
100 N.E. Loop 410
Suite 555
San Antonio, TX 78216

**Dr. Padilla**
100 N.E. Loop 410
Suite 555
San Antonio, TX 78216

**IRS**
300 E. 8th ST.
STOP 5022 AUS
Austin, TX 78701

**Dr. Mark Rodriguez**
100 N.E. Loop 410
Suite 555
San Antonio, TX 78216

**MML Bay State**
Box 1865
Springfield, MA 01102

**Mass Mutual**
Box 1865
Springfield, MA 01102

**IBC Bank**
130 E. Travis
San Antonio, TX 78205

*OC PC*
*Matrix*
*8/12/04*

*Strader*
*Matrix 8/12/04*

Countrywide Home Loans
P.O. Box 6660694
Dallas, TX 75266-0694

Linda W. Strader
12 Inwood Terrace
San Antonio, TX 78248

Green Tree
Box 78021
City of Industry, CA 91716

CAN Communications
Box 79001
Detroit, MI 48279

American Express
Box 650448
Dallas, TX 75265

Brian's Landscape
Box 448
Boerne, TX 78006

Capital One

Cowboy Cleaners
11759 Blanco
San Antonio, TX 78248

Dialamerica
960 MacArthur
Mahwah, NJ 07495

Home Depot

Holl & Company
Box 21160
Ft. Lauderdale, FL 33335

Plant Interscapes
6436 Babcock
San Antonio, TX 78249

Quest Diagnostics
Box 13589
Philadelphia, PA 19101

SA Gastroentrology

Sprint
Box 650270
Dallas, TX 75265

Sprint PCS
Box 219554
Kansas, MO 64121

Terminix
10022 IH 35 N.
San Antonio, TX 78233

GZE Services


Great Southern Life Insurance
Box 809010
Kansas City, MO 64180

KSLR Radio
9601 McAllister
Suite 1200
San Antonio, TX 78218

IRS
300 E. 8th St.
STOP 5022 AUS
Austin, TX 78701

American Education Services
Box 2461
Harrisburg, PA 17105