FORM B6-Cont.
(6/90)

**FILED**

SEP 1 3 2004

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

# UNITED STATES BANKRUPTCY COURT

Western _____ **District of** Texas _____

In re James D Strader DC _____ ,    Case No. 04-54701-RBK _____
            Debtor                                                (If known)

*1st AMENDED*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 380,000.00 | | |
| B - Personal Property | Y | 3 | $ 745,998.80 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | $ 399,336.06 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 3 | | 29,400.00 $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 5 | | 61,031.63 $ | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $ 10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | $ 14,110.25 |
| Total Number of Sheets of ALL Schedules ➤ | | 16 | | | |
| Total Assets ➤ | | | $ 1,125,998.80 | | |
| Total Liabilities ➤ | | | | $ 489,767.69 | |

Form B6A
(6/90)

In re <u>James D. Strader, DC</u>,                    Case No. <u>04-54701-RBK</u>
          **Debtor**                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House:  12 Inwood Terrace San Antonio, Tx 78248 | Owner | | $380,000.00 | $310,000.00 |
| Club Regina Cabo San Lucas | Timeshare | | ~ $ 1,000.00 | ~ $ 1,000.00 |
| | | Total▶ | $381,000.00 | |

(Report also on Summary of Schedules.)

Form B6B
(10/89)

In re **James D Strader, DC** _____,  Case No. **04-54701-RBK** _____
_____**Debtor**_____              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | ~$ 20.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Broadway Bank - 2627 | | ~$ 1,200.00 |
| | | International Bank of Commerce (IBC) - 1906 | | ~$  0.00 |
| | | Linda's Bank Accounts - unknown locations | | unknown |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Deposit on Lakehouse - Terry Guerra , owner | | ~$1,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc Household Goods | | ~ $20,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. Art and Collectibles | | ~$2,000.00 |
| 6. Wearing apparel. | | Misc. Suits and accessories and other apparel | | ~$ 2,000.00 |
| 7. Furs and jewelry. | | Linda's Clothes - unknown locations | | unknown |
| | | Misc. Jewelry | | ~$ 1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Linda's Furs and Jewelry - unknown locations | | unknown |
| | | Misc Hobby Eqpt | | ~$ 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Great Southern Life Ins. | | ~$1,000.00 |
| | | MML Bay State Variable Life Plus | | $16,045.62 |
| 10. Annuities.  Itemize and name each issuer. | X | Mass Mutual Disability Income | | $0.00 |

Form B6B-Cont.
(10/89)

In re  James D Strader, DC                                                      ,        Case No.  04-54701-RBK
　　　　　　　　　Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | IRA | | ~$100.00 |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Orbis Online Stock | | ~$2,000.00 |
| 13. Interests in partnerships or joint ventures.  Itemize. | | Jonathan Michael Ltd Partnership  Practice Associates | | ~$2,000.00  ~$1,000.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | | Medical accounts | | ~$ 564,433.24 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Suit against Cindy Burks | | ~$ 30,000.00 |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | James Ivy (Defamation of Character) | | $ 20,000.00 |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Form B6B-cont.
(10/89)

In re ___James D Strader, DC_____,          Case No. ___04-54701-RBK_____
                    **Debtor**                                              **(If known)**

## SCHEDULE B -PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Linda's H2 Vehicle | . | $60,000.00 |
| 24. Boats, motors, and accessories. | | Cobalt - 22 ft recreational vehicle - Lake Medina | | ~$14,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Sony Laptop | . | ~$1,000.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____0_____ continuation sheets attached     Total▶     $ 741,998.80

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Form B6C
(6/90)

In re  James D Strader DC                          ,        Case No. ____04-54701-RBK____
       **Debtor**                                                        **(If known)**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐   11 U.S.C. § 522(b)(1):        Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐   11 U.S.C. § 522(b)(2):        Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cobalt 22 ft recreational vehicle | 11 USC 522 (b)(2) | ~$14,000.00 | ~$14,000.00 |

Form B6C
(6/90)

In re  James D Strader DC                     ,          Case No.  04-54701-RBK
_____          _____
        **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐      11 U.S.C. § 522(b)(1):      Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐      11 U.S.C. § 522(b)(2):      Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | | | |

Form B6D
(12/03)

In re    James D. Strader DC_____,     Case No. ___04-54701-RBK___
_____Debtor_____                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Countrywide Home Loan PO Box 660694 Dallas Tx 75266-0694 | | | VALUE $ $380,000.00 | | | | $310,000.00 | |
| ACCOUNT NO.  SACU P.O. BOX 1356 SAN ANTONIO TX 78295 | | | Linda's Hummer (H2) VALUE $ 60,000.00 | | | | 60,000.00 | |
| ACCOUNT NO.  Green Tree 345 St Peters St, Ste 1000 St Paul MN 55102 | | | Boat VALUE $ 14,000.00 | | | | $14,000.00 | |
| ACCOUNT NO.  David G. Aelvoet, Linebarger Goggan Blair & Sampson 711 Navarro Ste 300, San Antonio, Tx 78205 | | | 2004 Real Estate Taxes for 12 Inwood Terrace VALUE $ 9,336.06 | | | X | $9,336.06 | |

0____ continuation sheets attached

Subtotal▪ ▪        $ 399,336.06
(Total of this page)
Total▪ ▪        $ 399,336.06
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re  James D. Strader DC                    ,          Case No. 04-54701-RBK
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6E
(04/04)

In re  James D. Strader DC                    ,        Case No. 04-54701-RBK
            Debtor              (if known)


[X]  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[X]  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


                              1    continuation sheets attached

Form B6E - Cont.
(04/04)

In re  James D. Strader DC_____,     Case No.  04-54701-RBK_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

11 USC 507 (a)(7) and  11 USC 507 (a)(8)

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cindy Burks <br> 2609 N. Beard St. <br> Shawnee, OK   74804-7805 | | | 1995,  Division of Property | X | | | $ 4,400.00 | $ 4,400.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> 300 8th St., Stop 5026AUS <br> Austin, Tx 78701 | | | 2003 Income Tax | | X | | ~$25,000.00 | ~$25,000.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶ $ 29,400.00
(Total of this page)

Total ▶ $ 29,400.00
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Form B6F (12/03)

In re   James D Strader DC _____,                    Case No.   04-54701-RBK
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. American Express PO Box 650448 Dallas TX 75265-0448 | | | July 04,  Credit Card | X | | | ~$14,000.00 |
| ACCOUNT NO. Brian's Lawn & Landscape P.O. box 448; Boerne, TX; 78006 | | | July 04,  Landscaping | X | | | ~$1,225.52 |
| ACCOUNT NO. Terminix 10022 IH 35 N San Antonio, Tx 78248 | | | July 04, Home pest control | X | | | $118.66 |
| ACCOUNT NO. Cowboy Cleaners 11759 Blanco Rd San antonio tx  78216-2405 | | | July 04, Dry Cleaning | X | | | ~$1,174.28 |

4   continuation sheets attached

Subtotal ▶  $16,518.46
Total ▶   $
(Report also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re __James D. Strader DC_____,      Case No. __04-54701-RBK_____
       Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Expert Electronics<br>431 Isom Rd, Suite 117<br>San Antonio TX 78216-5141 | | | Jun 04,  House Alarm/Monitor | X | | | ~$ 85.73 |
| ACCOUNT NO.<br>Home Depot Credit Svc's<br>P.O. box 6028<br>The Lakes, NV 88901-6028 | | | May 04, Building Materials | X | | | ~$5,800.67 |
| ACCOUNT NO.<br>Hull & Company<br>P.O. Box 21407<br>St Petersburg, FL 33742-1407 | | | Aug 04,  Home Insurance | X | | | ~$2,154.62 |
| ACCOUNT NO<br>Plant Interscapes<br>6436 Babcock Road<br>San Antonio, Texas 78249-2951 | | | Jun 04, Landscaping | X | | | ~$549.03 |
| ACCOUNT NO.<br>Quest Diagnostics<br>P.O. Box 41652<br>Philadelphia PA 19101-1652 | | | May 04, Lab Tests (Kristen) | X | | | ~$251.00 |

Sheet no. _1_ of _4_ sheets attached to Schedule of             Subtotal ▶   $ 8,841.05
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

                                                          Total ▶   $
                                       (Use only on last page of the completed Schedule F.)
                                       (Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re __James D. Strader DC_____ ,    Case No. ___04-54701-RBK_____
             Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>San Antonio Gastroenterology<br>520 E Euclid<br>San Antonio TX 78212 | | | May 04,  Lab Tests (Kristen) | X | | | ~$20.00 |
| ACCOUNT NO.<br>Sprint<br>PO Box 219554<br>Kansas City MO 64121 | | | Aug 04,   Cell Phone Linda (Old) | X | | | ~$12.19 |
| ACCOUNT NO.<br>Sprint<br>PO Box 219554<br>Kansas City MO 64121 | | | Aug 04,    Cell Phone Linda (New) | X | | | ~$768.46 |
| ACCOUNT NO 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<br>American Education Services<br>Harrisburg, PA   17130-0001 | | | 11/5/92, education loan | X | | | $2,691.97 |
| ACCOUNT NO.<br>Club Regina Trust II<br>P.O. Box 29323<br>Phoenix, Arizona 85038-9323 | | | 12/31/01, description & value of this timeshare will be reflected in Schedule A | X | | | $5,724.70 |

Sheet no. _2_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  9217.32
(Total of this page)

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re  James D. Strader DC                    ,          Case No.  04-54701-RBK
_____                        _____
          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Doug Friesen, Law Office of 1309 North Shartel Oklahoma City, OK 73103 | | | 4/28/03, attorney fees | X | | | $131.25 |
| ACCOUNT NO. 4494726096 Sallie Mae 220 Lasley Ave. Wilkes-Barre, PA 18706 | | | 7/2/02, education loan | X | | | $26,272.60 |
| ACCOUNT NO. Steve Meador & Associates 318 NW 13th Street Oklahoma City, OK 73103 | | | 8/13/03, attorney fees | X | | | $50.95 |
| ACCOUNT NO Denise Martinez 222 South Flores San Antonio, Tx 78204 | | | | | | | Notice Only |
| ACCOUNT NO. Sam Bashara, PC 111 Soledad, Ste 1800 San Antonio, Tx 78205 | | | | | | | Notice Only |

Sheet no. 3  of  4  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 26,454.80
(Total of this page)
Total ▶           $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re    James D. Strader DC                    ,        Case No.    04-54701-RBK
_____                          _____
           Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> William R. Davis Jr <br> Langley & Banack, Inc, <br> 745 E Mulberry, Suite 900 <br> San Antonio, Tx 78212 | | | | | | | Notice Only |
| ACCOUNT NO. <br> Office of the US Trustee <br> PO Box 1539 <br> San Antonio, Tx 78295-1539 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _4_ of _4_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    0.00
(Total of this page)
Total ➤    $  61,031.63
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6G
(10/89)

In re __James D Strader DC_____ ,                    Case No. __04-54701-RBK_____
        **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CLUB REGINA, P.O. BOX 57102, IRVINE CA 92619-7102 | Nonresidential |

Form B6H
(6/90)

In re <u>James D Strader DC</u> ,      Case No. <u>04-54701-RBK</u>
           **Debtor**                                                  **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda Woods Strader | 12 Inwood Terrace, San Antonio, Tx 78248 |

Form B6I
(12/03)

In re James D. Strader DC ,     Case No. 04-54701-RBK
      Debtor                                               (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP Wife: Linda Woods Strader<br>Children: Jonathan Strader, Chloe Strader, Saylor Strader, Kristen Rodriguez | AGE 36<br>5, 3, 1, 20 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Physician | None |
| Name of Employer | Burks Physician Management Inc. | NA |
| How long employed | 10 years | 0 years |
| Address of Employer | 100 NE Loop 410, Suite 450, San Antonio, Tx 78216 | NA |
| | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 10,000.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 10,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: NA ) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 10,000.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 10,000.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 10,000.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $ 10,000.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6J
(6/90)

In re James D. Strader DC _____,  Case No. 04-54701-RBK _____
           **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | One-time payment for Aug 04: $2,200.00 for mortgage | $ | 1,200.00 |
| Are real estate taxes included? | Yes X    No _____ | ( $2200 does not include ins nor taxes ) | |
| Is property insurance included? | Yes X    No _____ | | |
| Utilities    Electricity and heating fuel | | $ | 200.00 |
| Water and sewer | | $ | 30.00 |
| Telephone | | $ | 100.00 |
| Other   Trash collection | | $ | 30.00 |
| Home maintenance (repairs and upkeep) | | $ | 100.00 |
| Food | | $ | 300.00 |
| Clothing | | $ | 50.00 |
| Laundry and dry cleaning | | $ | 100.00 |
| Medical and dental expenses | | $ | 100.00 |
| Transportation (not including car payments) | | $ | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or renter's | | $ | 0.00 |
| Life | | $ | 0.00 |
| Health | | $ | 0.00 |
| Auto | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify)   Note: Taxes not deducted from wages | | $ | 1,800.25 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
| Auto | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| Alimony, maintenance, and support paid to others   ( Cindy Burks = $2,200.00,  Linda Strader=$7,600.00 ) | | $ | 9,800.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 400.00 |
| Other _____ | | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ | 14,110.25 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 10,000.00 |
| B. Total projected monthly expenses | $ | 14,110.25 |
| C. Excess income (A minus B) | $ | (4,110.25) |
| D. Total amount to be paid into plan each   NA _____ | | |
|    (interval) | | |

Official Form 6-Cont.
(12/03)

In re ___James D Strader DC_____ ,

Case No. __04-54701-RBK__
(If known)

Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
*(Total shown on summary page plus 1.)*

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
Debtor

Date _____     Signature: _____
*(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief. *(Total shown on summary page plus 1.)*

Date  9-13-04     Signature: _____

[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*